UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO BENNETT,

        Plaintiff,

    v.

WARDEN FOR MULE CREEK STATE PRISON,

        Defendant.

No. 2:24-cv-1587-TLN-SCR

ORDER

Plaintiff Mario Bennett ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 24, 2025, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 19.) Plaintiff has not filed objections to the findings and recommendations, and the time to do so has elapsed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations (ECF No. 19) are ADOPTED IN FULL; and

1

2. The First Amended Complaint is dismissed without leave to amend for failure to state a claim.

Date: January 23, 2026

_____

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2